UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM GALLUCCI, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 04-1064 (RCL) |
| ELAINE CHAO, SECRETARY, U.S. DEPARTMENT OF LABOR, | ) ) ) ) | |
| Defendant. | ) ) | |

**<u>ORDER</u>**

Upon consideration of defendant's motion to dismiss, the opposition, and reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion in this case issued this date, it is hereby

ORDERED that defendant's motion to dismiss is granted;

ORDERED that plaintiff's complaint is dismissed with prejudice;

ORDERED that judgment is hereby entered for the defendant, dismissing this case with prejudice.

Signed by Royce C. Lamberth, United States District Judge, June 17, 2005.